**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kevin D. ALLEN, Defendant—
Appellant.**

No. 08–7124.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Jan. 14, 2009.

Kevin D. Allen, Appellant Pro Se. Nancy Spodick Healey, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before GREGORY, SHEDD, and DUNCAN, Circuit Judges.

PER CURIAM:

Kevin D. Allen appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Allen,* No. 3:05–cr–00041–nkm–bwc–2, 2008 WL 2518550 (W.D.Va. June 17 & 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*